UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MICHELLE A. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-CV-423 |
| v. | ) | (VARLAN/GUYTON) |
| | ) | |
| TECHNOLOGY FOR ENERGY CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is Defendant's Motion for Leave to Amend Answer [Doc. 7]. Defendant seeks to amend its Answer to include additional defenses. Plaintiff has filed a response stating that she does not oppose Defendant's request. [Doc. 9].

Local Rule 15.1 states: "A party who moves to amend a pleading shall attach a copy of the proposed amended pleading to the motion. Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, shall, except by leave of Court, reproduce the entire pleading as amended and may not incorporate any prior pleading by reference." The Local Rule further states: "A failure to comply with this rule may be grounds for denial of the motion."

The Defendant has failed to comply with Rule 15.1. The Court, however, finds that this failure to comply will be rendered harmless if the Defendant files its amended answer in its entirety and without making any revisions beyond those identified in the Defendant's motion.

Accordingly, the Motion for Leave to Amend Answer **[Doc. 7]** is **GRANTED**. Defendant is **GRANTED** leave to file its amended answer, in its entirety, on or before **July 31, 2013**.

**IT IS SO ORDERED**.

ENTER:

  /s H. Bruce Guyton
United States Magistrate Judge